IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| YOUXIN YAN,<br><br>Petitioner,<br>VS.<br><br>JOSHUA JOHNSON, Field Office Director, Dallas Field Office, Immigration and Customs Enforcement, ET AL.,<br><br>Respondents. | ) | CIVIL ACTION NO.<br><br>3:26-CV-2053-G-BN |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that the court should dismiss this action for lack of subject matter jurisdiction. *See* docket entry 12. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED**.

October 14, 2026.

A. Joe Fish

**A. JOE FISH**
**Senior United States District Judge**